```
TOWNSEND AND TOWNSEND AND CREW LLP
GREGORY S. GILCHRIST (State Bar No. 111536)
GIA L. CINCONE (State Bar No. 141668)
Two Embarcadero Center, Eighth Floor
San Francisco, California  94111
Telephone: (415) 576-0200
Facsimile: (415) 576-0300

Attorneys for Plaintiff
LEVI STRAUSS & CO.
```

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| LEVI STRAUSS & CO.,<br><br>    Plaintiff,<br><br>    v.<br><br>88 INTERNATIONAL INC.,<br><br>    Defendant. | Case No.   C 10-02357 MMC<br><br>**PLAINTIFF LEVI STRAUSS & CO.'S REQUEST TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE; [PROPOSED] ORDER**<br><br>CMC Date:   September 3, 2010<br>CMC Time:   10:30 a.m. |

Plaintiff Levi Strauss & Co. ("LS&Co.") hereby requests that the Initial Case Management Conference, which is currently scheduled for September 3, 2010, be continued for approximately 30 days until October 4, 2010.

LS&Co. has been engaged in active, productive settlement discussions with 88 International Inc., and hopes to resolve its claims against the defendant shortly. In light of the circumstances, LS&Co. believes it would be appropriate to continue the Initial Case Management Conference for a sufficient amount of time to allow for resolution of the current settlement discussions.

Accordingly, LS&CO. respectfully requests that the Initial Case Management Conference

1 | currently set for September 3, 2010, be continued for approximately 30 days until October 4, 2010.

Respectfully submitted,

Date: August 31, 2010         TOWNSEND AND TOWNSEND AND CREW LLP

By: /s/ Gia L. Cincone
     GIA L. CINCONE

Attorneys for Plaintiff
LEVI STRAUSS & CO.

**[PROPOSED] ORDER**

GOOD CAUSE APPEARING THEREFOR, it is hereby ordered that plaintiff Levi Strauss & Co.'s request to continue the Initial Case Management Conference is granted. The Initial Case Management Conference is hereby scheduled for October 8, ~~October 4~~, at 10:30 a.m.

DATED: September 1, 2010

_____
Hon. Maxine M. Chesney
United States District Judge

62859225 v1